No. 76, Misc.  STIZZA *v.* ESSEX COUNTY JUVENILE AND DOMESTIC RELATIONS COURT.  January 14, 1946.  The application is denied.

No. 77, Misc.  EUREKA GAS CO. *v.* FORD, U. S. DISTRICT JUDGE.  January 14, 1946.  The motion for leave to file a petition for a writ of mandamus is denied.  MR. JUSTICE REED took no part in the consideration or decision of this application.  *Mr. J. W. Jones* for petitioner.

No. 290.  HALLIBURTON OIL WELL CEMENTING CO. *v.* WALKER ET AL., DOING BUSINESS AS DEPTHOGRAPH COMPANY.  Argued January 9, 1946.  Decided January 28, 1946.  *Per Curiam:* The judgment is affirmed by an equally divided Court.  *Mr. Earl Babcock* for petitioner.  *Mr. Harold W. Mattingly* for respondents.

No. 724.  MONKS *v.* LEE.  January 28, 1946.  *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  § 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a).  Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C. § 344 (c), certiorari is denied.  MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this case.  *Mr. Herbert S. Avery* for appellant.  *Mr. Robert E. Goodwin* for appellee.  See 318 Mass. 513, 62 N. E. 2d 657.

No. 725.  TWENTIETH CENTURY ASSOCIATES, INC. *v.* WALDMAN.

January 28, 1946. *Per Curiam:* The appeal is dismissed for the reason that it was not properly allowed. Rule 36, 28 U. S. C. § 868; *Bartemeyer* v. *Iowa,* 14 Wall. 26. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this case. *Mr. Benjamin Bernstein* for appellant. *Nathaniel L. Goldstein,* Attorney General of New York, *Orrin G. Judd,* Solicitor General, and *Saul A. Shames,* Assistant Attorney General, filed a statement on behalf of the State of New York, as *amicus curiae,* with respect to jurisdiction.

No. 726. TWENTIETH CENTURY ASSOCIATES, INC. *v.* WALDMAN. January 28, 1946. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Block* v. *Hirsh,* 256 U. S. 135; *Marcus Brown Holding Co.* v. *Feldman,* 256 U. S. 170; *East New York Savings Bank* v. *Hahn,* 326 U. S. 230. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this case. *Mr. Benjamin Bernstein* for appellant.

No. 78, Misc. McMAHAN *v.* BENNETT, DIRECTOR. January 28, 1946. The motion for leave to file a petition for a writ of mandamus is denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. 79, Misc. KINNER MOTORS, INC. *v.* BEAUMONT, U. S. DISTRICT JUDGE. January 28, 1946. The motion for leave to file a petition for a writ of mandamus is denied because application therefor is made to this Court rather than to the Circuit Court of Appeals. MR. JUSTICE RUT-